**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| NATHAN E. SMITH, JR., ) | |
| ) | |
| Movant, ) | |
| ) | No. 1:24-cv-00027-SNLJ |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This closed habeas corpus matter is before the Court on self-represented movant Nathan E. Smith, Jr.'s motion for clarification. In his motion, movant seeks clarification as to whether his request to file a § 2255 motion with equitable tolling was granted. The Court denied movant's request to file a § 2255 motion with equitable tolling on March 4, 2024 and dismissed this case. *See* Doc. Nos. 2 and 3. The Court will order the Clerk of Court to resend these documents to movant.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion to clarify is **GRANTED**. [ECF No. 4] The Clerk of Court shall resend movant a copy of the Memorandum and Order dated March 4, 2024 and the Order of Dismissal dated March 4, 2024. [ECF Nos. 2 and 3]

Dated this 26th day of August, 2024.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE